**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Andres Reyes ZAPATA, Defendant–
Appellant.**

**No. 11–30260.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 15, 2013.*

Filed Jan. 16, 2013.

Aine Ahmed, Assistant U.S., Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

FPD, Esquire, Matthew Campbell, Assistant Federal Public Defender Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

Andres Reyes Zapata, pro se.

Before: SILVERMAN, BEA, and NGUYEN, Circuit Judges.

MEMORANDUM **

Andres Reyes Zapata appeals from the district court's judgment and challenges his guilty-plea conviction and 120–month sentence for possession with intent to distribute 50 grams or more of a mixture of substance containing methamphetamine, in violation of 21 U.S.C. § 841(a)(1); and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Reyes Zapata's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Reyes Zapata the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Reyes Zapata has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.